MICHAEL P. HEALY           4777-0
1188 Bishop Street, Suite 3304
Honolulu, Hawaii  96813
Telephone: (808) 525-8584
Facsimile: (808) 376-8695
Email: *honolululawyer@outlook.com*

CHARLES H. BROWER          1980-0
900 Fort Street, Suite 1210
Honolulu, Hawaii  96813
Telephone: (808) 526-2688
Facsimile: (808) 526-0307
Email: *honolululaw808@gmail.com*

Attorneys for Plaintiff
JOSEPHINE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPHINE GARCIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALTRES, INC.; HOST HOTELS & RESORTS, INC.; and HYATT PLACE HOTEL WAIKIKI BEACH,<br><br>　　　　　　Defendants. | CIVIL NO. 22-00236 JMS KJM<br><br>NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br><br><br><br><br>No trial date set. |

**NOTICE OF DISMISSAL WITH
<u>PREJUDICE OF ALL CLAIMS AND ALL PARTIES</u>**

NOTICE IS HEREBY GIVEN by Plaintiff Josephine Garcia that all claims

against Defendants ALTRES, Inc., Host Hotels & Resorts, Inc., and Hyatt Place

Hotel Waikiki Beach are dismissed with prejudice.  This notice is filed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).  Each party will bear her/its own fees and costs.  There are no remaining parties or claims.  No party has filed an Answer to the Complaint filed herein on May 27, 2022 or a motion for summary judgment.

DATED:  Honolulu, Hawaii, September 17, 2022.

/s/ *Michael P. Healy*
MICHAEL P. HEALY
CHARLES H. BROWER
Attorneys for Plaintiff
JOSEPHINE GARCIA

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii, September 19, 2022.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Josephine Garcia v. Altres, Inc., et al.,* Civil No. 22-00236 JMS KJM; NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES